IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAMUEL KEMOKAI,**<br><br>                              Petitioner,<br><br>     v.<br><br>**RON RACKLEY,**<br><br>                              Respondent. | Case No. 2:17-cv-01776-TLN-CMK (HC)<br><br>**ORDER** |

Pursuant to United States District Court, Eastern District of California, Local Rule 141, Respondent's Request to Seal Documents is granted. Respondent is permitted to lodge under seal Respondent's Lodged Item 19 associated with Respondent's answer to the petition for writ of habeas corpus.

Dated: August 22, 2018

                                                                                                                      _____<br>
                                                                                                                      CRAIG M. KELLISON<br>
                                                                                                                      UNITED STATES MAGISTRATE JUDGE