# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KEMOKAI, | No. 2:17-CV-1776-TLN-DMC-P |
| Petitioner, | |
| v. | ORDER |
| RON RACKLEY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 23) to file a traverse. Good cause appearing therefor, the request is granted. Petitioner may file a traverse within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: September 19, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1